United States District Court
Southern District of Texas
FILED

B-02-072

APR 09 2002

Michael N. Milby
Clerk of Court

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District _Southern Dist of Brownsville Texas_ |
|---|---|
| Name of Movant _ANTONIO HERNANDEZ-MORALES_ | Prisoner No. _51260-198_ | Case No. _1:00CR00429-001_ |
| Place of Confinement _Federal Correctional Institution (Medium) P.O. Box 26040 Beaumont TX 77720_ | | |

UNITED STATES OF AMERICA   v. _ANTONIO HERNANDEZ - MORALES_

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _U.S. Dist Ct Southern District of Texas At Brownsville Texas_

2. Date of judgment of conviction _February 2, 2001_

3. Length of sentence _77 months_

4. Nature of offense involved (all counts) _Violation of 8 U.S.C. §§ 1326(a) and 1326(b)_

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _None_

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☑ _on guilty plea_

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ NONE To my Knowledge _____

   (b) Result _____ " _____

   (c) Date of result _____ " _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ NONE To my Knowledge _____

    (2) Nature of proceeding _____
    _____ " _____

    (3) Grounds raised _____
    _____
    _____
    _____ " _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☑

    (5) Result _____ NONE To my Knowledge _____

    (6) Date of result _____ " _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____ " _____
    _____

    (3) Grounds raised _____
    _____
    _____ " _____
    _____
    _____ " _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _NONE TO MY KNOWLEDGE_

(6) Date of result _""_

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☒
(2) Second petition, etc.   Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_NONE because I cannot read-write English and I have no money for a lawyer_

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assistance of Counsel (defense Counsel)

Supporting FACTS (state *briefly* without citing cases or law): That the government moved in want of Federal Subject Matter Jurisdiction by failing to charge or prove that the alleged prohibitive act transcended the borders of the sovereign State in violation of the Federal Interstate Commerce Clause.

B. Ground two: Lack of Federal Legislative Jurisdiction over the locus in que

Supporting FACTS (state *briefly* without citing cases or law): We have administrative grievance to redress the challenges raised herein. Bureau of Prisons (BOP) is compelled to abide by judgment order of the Court

C. Ground three: Conviction is unlawful and unconstitutional under the 5th and 14th Amendment

Supporting FACTS (state *briefly* without citing cases or law): We have administrative grievance to redress the challenges raised herein. Bureau of Prisons (BOP) is compelled to abide by judgment order of the Court

(5)

D. Ground four: Challenges to the Constitutionality of the Statute 8 U.S.C § 1326 (a) and (b) etc

Supporting FACTS (state *briefly* without citing cases or law): We have administrative grievance to redress the Challenges raised herein Bureau of Prisons (BOP) is Compelled to abide by judgment order of the Court

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Movant Contends these grounds were not raised because Counsel of record was ineffective for inadequate deficient in the investigation of the Case and his Knowledge-Skills in the law etc !

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing Reynaldo S. Cantu, Jr (AFPD)
    600 E. Harrison St, # 102
    (b) At arraignment and plea Brownsville Texas 78520-7119
    ( /
                                  ( /
    (c) At trial
                                  ( (
                                  ( /
    (d) At sentencing
                                  ( /
                                  ( /

(6)

(e) On appeal _____ NONE _____

(f) In any post-conviction proceeding _____ ( ) _____

(g) On appeal from any adverse ruling in a post-conviction proceeding __( )__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: ___NONE___

(b) Give date and length of the above sentence: ___NONE___

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒ No ☐  in the future I may contemplate other actions

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

X __NONE__
Signature of Attorney (if any)

Pro-Se Counsel of Record

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 5th 2001
(date)

X Antonio Hernandez
Signature of Movant

(7)