IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

ANTONIO HERNANDEZ-MORALES,
　　　Movant,

Vs.                                              NO. B-02-072

UNITED STATES OF AMERICA,
　　　Respondent,

United States District Court
Southern District of Texas
FILED
APR 23 2002
Michael N. Milby
Clerk of Court

### REQUEST FOR EVIDENTIARY HEARING

Comes Now Movant Antonio Hernandez-Morales, in propria persona, in want of Counsel, unto this Honorable Court of record, respectfully moves this Honorable Court for an Evidentiary hearing pursuant to Fed. R. Crim. Procedures and fix rules of this Honorable Court, in Conjunction with 28 U.S.C §§ 2241 and 2255 and rule 8(a)(b),(C) and in accordance with 28 U.S.C. § 636(b) et Seq. Additionally, Movant herein request that in the event the Court should find this request premature, Movant would request that this Honorable Court hold said Request in abeyance pending further inquiry.

Cordially Submitted

Antonio Hernandez
Antonio Hernandez-Morales #51260-198

## CERTIFICATION OF SERVICE

I, undersigned hereby state a copy of the foregoing attached instrument was mailed postage prepaid this 18th day of April anno Domini 2002 to

Office of the Clerk
U.S. District Courthouse
600 E. Harrison St Rm #101
Brownville Texas 78520

Cordially Submitted

*Antonio Hernandez*
ANTONIO HERNANDAZ - MORALES 51260-198
Federal Correctional Institution (Medium)
P.O. Box 26040
Beaumont Texas 77720