8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

ANTONIO HERNANDEZ-MORALES,
petitioner,

V.

UNITED STATES OF AMERICA
Respondent.

Civil NO. B-02-072
Criminal NO. B-00-429

United States Courts
Southern District of Texas
FILED

CS  JUL 22 2002

Michael N. Milby, Clerk

## NOTICE OF APPEAL

Notice is hereby given that Antonio Hernandez-Morales, petitioner herein in the above Named Case, hereby appeal to the United States Court of Appeals for the 5th circuit from an order dated July 12, 2002 Stating the petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C § 2255 is hereby denied. petitioner herein request the Clerk to Certify the record and Transfer the Case to the Court of Appeals. Exhibit "A" Attached.

Cordially Submitted

Antonio Hernandez

ANTONIO HERNANDEZ-MORALES # 51269-198

<u>CERTIFICATION OF SERVICE</u>

I, hereby State that a Copy of the foregoing attached instrument titled "NOTICE OF APPEAL" was mailed postage pre-paid this <u>18th</u> day of July, 2002 To :

office of the, Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

Cordially Submitted

Ne Varitur :
By Accommodation - under Necessity - By Next best Friend
Johnson V. Avery 393 U.S. 483 - 498

<u>Antonio Hernandez</u>
ANTONIO HERNANDEZ - MORALES # 51269 - 198
Federal Correctional Institution (Medium)
P.O. Box 26040
Beaumont, Texas 77720

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUL 1 2 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO HERNANDEZ-MORALES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-072 |
| | § | CRIMINAL NO. B-00-429 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this _11_ day of _July_____, 2002.

Hilda Tagle
United States District Judge