UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Antonio Hernandez-Morales<br>Petitioner<br><br>V.<br><br>United States of America<br>Respondent | NO. B-02-CV-72<br>B-00-CR-429<br>In re: Appeal NO. 02-41123 |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COME NOW Antonio Hernandez Morales, ant to 28 U.S.C. § 1915, moves this Court for an order per[mitting him to proceed witho]ut prepayment of fees and cost or security. Plaintiff has atta[ched an affidavit in support o]f this motion.

[Respect]fully submitted,

Antonio Hernandez
ANTONIO HERNANDEZ-MORALES

## CERTIFICATION OF SERVICE

I, undersigned, hereby state a copy of the foregoing attached instrument was mailed, postage prepaid, this __20th__ day of __August__ Anno Domini 2002 TO:

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208


Cordially submitted,


_Antonio Hernandez_
ANTONIO HERNANDEZ-MORALES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Antonio Hernandez-Morales
Petitioner

v.

United States of America
Respondent

NO. B-02-CV-72

In re: Appeal No. 02-41123

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORUM PAUPERIS

I, Antonio Hernandez-Morales, am the plaintiff in the above styled action, in support on my motion to proceed without being required to prepay fees and cost or give security therefore, I state that because of my poverty I am unable to pay the cost of said proceeding or to give security therefore and that I believe I am entitled to redress:

I declare that the responses made hereinafter are true.

1. Are you presently employed    Yes ✓    No ___

   A. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.
   (BOP) Work detail (yard in) $18.00

   B. If the answer is no, state the date of last employment and the amount of salary per month which you received.
   NONE

Page 1 of 4

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession, or forms of self-employment?  Yes____ No ✓

    B. Rent payment, interest or dividends?  Yes____ No ✓

    C. Pensions, annuities, or life insurance payments?  Yes____ No ✓

    D. Gifts or inheritances:  Yes____ No ✓

    E. Any other sources?  Yes ✓ No____

If the answer to any of the above is yes, describe each source of money and state the amount received from each source during the past twelve months.

"Family Send approximately 150.00 in one year."

3. Do you own any cash or do you have money in a checking or savings account:  Yes ✓ No____

If the answer is yes, state the total value owned. _Approx $30.00_

4. Do you own any real estate, stock, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?  Yes____ No ✓

If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons; and indicate how much you contribute toward their support.

_NONE_

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

*Antonio Hernandez*

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

*Antonio Hernandez*

MORALES VS. USA

CAB-02-72

## **ORDER**

Plaintiff _____ a prisoner at the

_____ has submitted a complaint for filing in the District Court, together with a request for leave to proceed in forma pauperis. Since it appears that he is unable to pay the cost for commencement of suit, the following order is entered this _____ day of _____ anno domini 200___:

IT IS HEREBY ORDERED that plaintiff(s) motion for leave to proceed informa pauperis is granted and the Clerk is directed to file the complaint.

_____
CIRCUIT JUDGE: