

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED
SEP 1 1 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO HERNANDEZ-MORALES | * |
| VS | * C.A. NO. B-02-072 |
| UNITED STATES OF AMERICA | * (Cr. No. B-00-429) |

### ORDER

The Application to Proceed in Forma Pauperis, pursuant to 28 U.S.C. § 1915, is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

DONE at Brownsville, Texas, this _11th_ day of September 2002.

_____
Felix Recio
United States Magistrate Judge