IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 02-41123

---

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANTONIO HERNANDEZ-MORALES

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 2, 2002 for want of prosecution. The appellant failed to timely pay the docketing fee.

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

          By: _____
                    Mary Ann Lopiparo, Deputy Clerk

                    FOR THE COURT - BY DIRECTION

DIS-2

                    A true copy
                    Test

          Clerk, U. S. Court of Appeals, Fifth Circuit
            By_____
                    Deputy

New Orleans, Louisiana   10-2-02