IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

───────────────────────

No. 02-41123

───────────────────────

United States District Court
Southern District of Texas
FILED
JAN 23 2003
Michael N. Milby
Clerk of Court

15

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANTONIO HERNANDEZ-MORALES

    Defendant - Appellant

U.S. COURT OF APPEALS
**FILED**
JAN 13 2003
CHARLES R. FULBRUGE III
CLERK

CA3-02-72

───────────────────────
Appeal from the United States District Court for the
Southern District of Texas, Brownsville
───────────────────────

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 13, 2003, for want of prosecution. The appellant failed to timely file motion for certificate of appealability and brief in support.

                           CHARLES R. FULBRUGE III
                           Clerk of the United States Court
                           of Appeals for the Fifth Circuit

                           By: _____
                               Jodi Rodrigue, Deputy Clerk

                           FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana     JAN 13 2003

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 13, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

MAIL
United States District Court
Southern District of Texas
RECEIVED
JAN 2 2 2003
Michael N. Milby, Clerk

   No. 02-41123   Hernandez-Morales v. USA
        USDC No. B-02-CV-72
               B-00-CR-429-ALL

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: Jodi Rodrigue, Deputy Clerk
                    504-310-7718

cc: w/encl:
    Mr Antonio Hernandez-Morales
    Mr James Lee Turner

MDT-1